IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELCERA, INC. AND FIDOPHARM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED,<br><br>Defendant,<br><br>*and*<br><br>MERIAL LIMITED AND BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br><br>Counterclaim-Defendants,<br><br>*and*<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>Counterclaim-Defendant. | C.A. No. 11-134-GMS |

**STIPULATION AND ORDER**

WHEREAS, the Court held a status conference with the parties to the above matter on Thursday October 27, 2011;

WHEREAS, the parties proposed, and the Court agreed, to stay the matter for a period of 90 days to allow for a process in which plaintiffs would provide limited discovery concerning its manufacturing process sufficient to allow counterclaim-plaintiffs to evaluate whether such process infringes the remaining patents-in-suit;

WHEREAS, the Court requested that the parties submit a stipulation setting forth the terms of the agreed-upon discovery process by Tuesday November 1, 2011; and

WHEREAS, the parties have exchanged a draft stipulation, but request additional time to finalize the details;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that the parties shall file the proposed Stipulation and Order on or before Monday November 7, 2011.

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *John G. Day* | /s/ *Frederick L. Cottrell, III* |
| John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.* | Frederick L. Cottrell, III (#2555)<br>Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7509<br>cottrell@rlf.com<br>farnan@rlf.com<br><br>*Attorneys for Defendant and Counterclaim-Plaintiff Merial Limited and Counterclaim-Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch* |

**SO ORDERED**, this _____ day of November, 2011.

_____
Chief Judge