IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MERIAL LIMITED,<br>    Defendant,<br><br>*and*<br><br>MERIAL LIMITED AND BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Counterclaim-Defendants,<br><br>*and*<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>    Counterclaim-Defendant. | C.A. No. 11-00134 |

**JOINT STIPULATION AND ORDER REGARDING PARTIAL STAY AND LIMITED MANUFACTURING PROCESS DISCOVERY**

RLF1 5587390v. 1

Velcera, Inc. and Fidopharm, Inc. (collectively "Plaintiffs") and Merial Limited and BASF Agro, B.V., Arnhem (NL), Wädenswil Branch (collectively "Counterclaim-Plaintiffs"), (Plaintiffs and Counterclaim-Plaintiffs collectively the "Parties") by and through their undersigned counsel, agree, and the Court hereby orders, as follows:

1. Except as provided below, the present action will remain stayed for up to 90 days after the October 27, 2011 status conference, *i.e.*, until January 25, 2012[1];

2. No later than December 7, 2011, Plaintiffs shall provide discovery sufficient to identify all process(es) for making the fipronil that has been incorporated into any fipronil-containing products that Plaintiffs have made, had made, used, offered to sell or sold in the United States, or imported into the United States ("Limited Manufacturing Process Discovery"). Such Limited Manufacturing Process Discovery shall be limited to:

   a. A representative sample of any such products and of the fipronil that has been incorporated into such products[2]; and

   b. Existing business documents sufficient to show:

      i. all of the ingredients and steps used in the process(es) for making the fipronil;

      ii. (a) the size and composition of the reactors used to make the fipronil (reactor specifications), and (b) the composition of any coating or lining of the reactors; and

---

[1] The parties shall meet and confer to discuss a proposed case schedule based on the tentative targeted Jury Trial date of July 22, 2013 set forth by the Court during the October 27, 2011 Status Conference, and shall, by December 2, 2011, submit a joint report that sets forth either an agreed-upon proposed case schedule or competing proposed case schedules.

        iii. whether any corrosion inhibitor is used in the process(es) for making the fipronil.

3. Within thirty (30) days of their receipt of the above-identified Limited Manufacturing Process Discovery, Counterclaim-Plaintiffs will evaluate the Limited Manufacturing Process Discovery provided by Plaintiffs and inform Plaintiffs whether Counterclaim-Plaintiffs believe that they have a good-faith basis to continue to assert against Plaintiffs claims for infringement of U.S. Patent Nos. 6,620,943 and 6,881,848.

4. The Parties shall thereafter confer and, no later than January 25, 2012, the parties shall notify the Court whether the Parties wish to continue with this case.

5. If the Parties notify the Court that they wish to proceed with the case, then Defendants/Counterclaim-Plaintiffs shall, no later than February 8, 2012, serve on Plaintiffs a supplemental response, with respect to U.S. Patent Nos. 6,620,943 and 6,881,848, to Interrogatory No. 1 of Plaintiffs' April 8, 2011 First Set of Joint Interrogatories.

6. The Parties shall attempt to negotiate and file an agreed upon protective order governing the production of Limited Manufacturing Process Discovery. Notwithstanding the above paragraphs, Plaintiff is not obligated to provide any discovery under this Joint Stipulation until the entry of a protective order.

---

[2] Counterclaim-Plaintiffs shall be responsible for the costs of shipping samples on terms mutually agreed upon by the parties.

| | |
|---|---|
| /s/ John G. Day | /s/ Kelly E. Farnan |
| John G. Day (#24030) | Frederick L. Cottrell, III (#2555) |
| Tiffany Geyer Lydon (#3950) | Kelly E. Farnan (#4395) |
| Andrew C. Mayo (#52070) | RICHARDS, LAYTON & FINGER, P.A. |
| ASHBY & GEDDES, P.A. | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 North King Street |
| P.O. Box 1150 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | (302) 651-7509 |
| (302) 654-1888 | cottrell@rlf.com |
| jday@ashby-geddes.com | farnan@rlf.com |
| tlydon@ashby-geddes.com | |
| amayo@ashby-geddes.com | |

/s/ John G. Day
John G. Day (#24030)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#52070)
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.*

OF COUNSEL:

Jonathan G. Graves
Phillip E. Morton
COOLEY LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190
(703) 456-8000
jgraves@cooley.com
pmorton@cooley.com

Tryn T. Stimart
COOLEY LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001
(202) 842-7800
tstimart@cooley.com

*Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.*

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7509
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendant and Counterclaim-Plaintiff Merial Limited and Counterclaim-Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

OF COUNSEL:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
(678) 638-3805
judy.jarecki@merial.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real,
Suite 200
San Diego, CA 92130
(858) 314-1200
jpelsevier@jonesday.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
(212) 210-9501
deepro.mukerjee@alston.com

*Attorneys for Defendant and Counterclaim-Plaintiff Merial Limited*

Kenneth A. Gallo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel.: (202) 223-7300
Fax: (202) 223-7240
kgallo@paulweiss.com

Catherine Nyarady
Kripa Raman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 373-3990
cnyarady@paulweiss.com
kraman@paulweiss.com

*Attorneys for Defendant and Counterclaim-Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

Dated: November 11, 2011

SO ORDERED this _____ day of November, 2011.

_____
CHIEF UNITED STATES DISTRICT JUDGE