IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VELCERA, INC. AND FIDOPHARM, INC.<br>    Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| MERIAL LIMITED,<br>    Defendant, | )<br>)<br>)<br>) | C.A. No. 11-134-GMS |
| *and* | )<br>) | |
| MERIAL LIMITED AND BASF AGRO,<br>B.V., ARNHEM (NL), WÄDENSWIL<br>BRANCH,<br>    Counterclaim-Plaintiffs, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | |
| VELCERA, INC. AND FIDOPHARM, INC.,<br>    Counterclaim-Defendants, | )<br>)<br>) | |
| *and* | )<br>) | |
| VELCERA, INC. AND FIDOPHARM, INC.,<br>    Counterclaim-Plaintiffs, | )<br>)<br>) | |
| v. | )<br>) | |
| BASF AGRO, B.V., ARNHEM (NL),<br>WÄDENSWIL BRANCH,<br>    Counterclaim-Defendant. | )<br>)<br>) | |

## STIPULATION AND ORDER

WHEREAS, the Court held a status conference with the parties to the above matter on Thursday October 27, 2011;

WHEREAS, in a joint stipulation entered November 11, 2011 (the "November 11, 2011 Stipulation") the parties proposed, and the Court agreed, to stay the matter for a period of 90 days to allow for a process in which plaintiffs would provide limited discovery concerning its manufacturing process sufficient to allow counterclaim-plaintiffs to evaluate whether such process implicates the remaining patents-in-suit;

WHEREAS, pursuant to the November 11, 2011 Stipulation the parties were to notify the Court no later than January 25, 2012 whether they wish to continue with the case;

WHEREAS, pursuant to paragraph 6 of the November 11, 2011 Stipulation, the parties are continuing to negotiate an agreed upon protective order governing the production of limited manufacturing process discovery, and thus require additional time to produce and evaluate such discovery;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that the dates in the November 11, 2011 Stipulation shall be extended as follows: 1) the parties shall notify the Court no later than February 15, 2012 whether they wish to continue with the case; and 2) if the parties notify the Court they wish to proceed with the case, a supplemental response to Interrogatory No. 1 of Plaintiffs' April 8, 2011 First Set of Joint Interrogatories shall be served no later than March 5, 2012.

| ASHBY & GEDDES | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/John G. Day | /s/Frederick L. Cottrell |
| John G. Day (#2403) <br> Tiffany Geyer Lydon (#3950) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, Delaware 19899 <br> (302) 654-1888 <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com <br> amayo@ashby-geddes.com | Frederick L. Cottrell, III (#2555) <br> Kelly E. Farnan (#4395) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> (302) 651-7509 <br> cottrell@rlf.com <br> farnan@rlf.com |
| *Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.* | *Attorneys for Defendant and Counterclaim-Plaintiff Merial Limited and Counterclaim-Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch* |

**SO ORDERED,** this _____ day of _____, 2012.

_____
Chief Judge