IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELCERA, INC. AND FIDOPHARM, INC.<br>    Plaintiffs,<br>v.<br>MERIAL LIMITED,<br>    Defendant,<br><br>*and*<br><br>MERIAL LIMITED AND BASF AGRO,<br>B.V., ARNHEM (NL), WÄDENSWIL<br>BRANCH,<br>    Counterclaim-Plaintiffs,<br>v.<br>VELCERA, INC. AND FIDOPHARM, INC.,<br>    Counterclaim-Defendants,<br><br>*and*<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br>    Counterclaim-Plaintiffs,<br>v.<br>BASF AGRO, B.V., ARNHEM (NL),<br>WÄDENSWIL BRANCH,<br>    Counterclaim-Defendant. | C.A. No. 11-134-GMS |

## STIPULATION AND ORDER

WHEREAS, the Court held a status conference with the parties to the above matter on Thursday October 27, 2011;

WHEREAS, in a joint stipulation entered November 11, 2011 (the "November 11, 2011 Stipulation") the parties proposed, and the Court agreed, to stay the matter for a period of 90 days to allow for a process in which plaintiffs would provide limited discovery concerning its manufacturing process sufficient to allow counterclaim-plaintiffs to evaluate whether such process implicates the remaining patents-in-suit;

WHEREAS, pursuant to the November 11, 2011 Stipulation the parties were to notify the Court no later than January 25, 2012 whether they wish to continue with the case;

RLF1 5836724v. 1

WHEREAS, pursuant to a January 25, 2012 Stipulation, the parties proposed, and the Court agreed, to extend the date for notification of the Court to February 15, 2012;

WHEREAS, pursuant to paragraph 6 of the November 11, 2011 Stipulation, the parties have recently agreed in principle upon the terms of a protective order governing the production of limited manufacturing process discovery, and thus require additional time to produce and evaluate such discovery;

IT IS HEREBY STIPULATED by and between the parties, subject to the approval and order of the Court, that the dates in the January 25, 2012 Stipulation shall be extended as follows: 1) the parties shall notify the Court no later than March 5, 2012 whether they wish to continue with the case; and 2) if the parties notify the Court they wish to proceed with the case, a supplemental response to Interrogatory No. 1 of Plaintiffs' April 8, 2011 First Set of Joint Interrogatories shall be served no later than March 23, 2012.

| /s/John G. Day | /s/Kelly E. Farnan |
|---|---|
| John G. Day (#2403) | Frederick L. Cottrell, III (#2555) |
| Tiffany Geyer Lydon (#3950) | Kelly E. Farnan (#4395) |
| Andrew C. Mayo (#5207) | Richards, Layton & Finger, P.A. |
| Ashby & Geddes | One Rodney Square |
| 500 Delaware Avenue, 8th Floor | 920 North King Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| (302) 654-1888 | (302) 651-7509 |
| jday@ashby-geddes.com | cottrell@rlf.com |
| tlydon@ashby-geddes.com | farnan@rlf.com |
| amayo@ashby-geddes.com | *Attorneys for Defendant and Counterclaim-Plaintiff Merial Limited and Counterclaim-Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch* |
| *Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.* | |

**SO ORDERED,** this _____ day of February, 2012.

_____
Chief Judge