IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELCERA, INC. AND FIDOPHARM, INC. | |
| Plaintiffs, | |
| v. | C.A. No. 11-134-GMS |
| MERIAL LIMITED, | |
| Defendant, | |
| *and* | |
| MERIAL LIMITED AND BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| VELCERA, INC. AND FIDOPHARM, INC., | |
| Counterclaim-Defendants, | |
| *and* | |
| VELCERA, INC. AND FIDOPHARM, INC., | |
| Counterclaim-Plaintiffs, | |
| v. | |
| BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH, | |
| Counterclaim-Defendant. | |

**STIPULATION AND ORDER**

WHEREAS, the Court held a status conference with the parties to the above matter on Thursday October 27, 2011;

WHEREAS, in a joint stipulation entered November 11, 2011 (the "November 11, 2011 Stipulation") the parties proposed, and the Court agreed, to stay the matter for a period of 90 days to allow for a process in which plaintiffs would provide limited discovery concerning its manufacturing process sufficient to allow counterclaim-plaintiffs to evaluate whether such process implicates the remaining patents-in-suit;

WHEREAS, pursuant to the November 11, 2011 Stipulation the parties were to notify the Court no later than January 25, 2012 whether they wish to continue with the case;

WHEREAS, the parties moved to extend the date for notification of the Court to March 5, 2012;

WHEREAS, counterclaim-plaintiffs are currently evaluating discovery recently produced by plaintiffs pursuant to paragraph 6 of the November 11, 2011 Stipulation, and require additional time to complete their evaluation;

IT IS HEREBY STIPULATED by and between the parties that, subject to the approval and order of the Court, the stay of this case and deadline for the parties to notify the Court whether they wish to continue with the case shall be extended until April 6, 2012 so that counterclaim-plaintiffs may complete their evaluation.

ASHBY & GEDDES

/s/ *John G. Day*
_____

John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiffs Velcera, Inc. and*
*FidoPharm, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Kelly E. Farnan*
_____

Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7509
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendant and Counterclaim-*
*Plaintiff Merial Limited and Counterclaim-*
*Plaintiff BASF Agro B.V., Arnhem (NL),*
*Wädenswil Branch*

**SO ORDERED,** this _____ day of _____, 2012.

_____
Chief Judge