IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERIAL LIMITED,<br><br>    Defendant. | **REDACTED PUBLIC VERSION** |
| MERIAL LIMITED AND BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Counterclaim-Defendants. | C.A. No. 11-134-GMS |
| VELCERA, INC. AND FIDOPHARM, INC.,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>BASF AGRO, B.V., ARNHEM (NL), WÄDENSWIL BRANCH,<br><br>    Counterclaim-Defendant. | |

**EXHIBIT A TO STIPULATION AND ORDER OF DISMISSAL (D.I. #52)**

{00622257;v1 }

{00622257;v1}

|  |  |
|---|---|
| *Of Counsel:*<br><br>Jonathan G. Graves, Esq.<br>Phillip E. Morton, Esq.<br>Cooley LLP<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA 20190<br>(703) 456-8000<br><br>Tryn T. Stimart, Esq.<br>Cooley LLP<br>777 6th Street, N.W.<br>Suite 1100<br>Washington, DC 20001<br>(202) 842-7800<br><br>Dated: April 13, 2012 | ASHBY & GEDDES<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Plaintiffs Velcera, Inc. and FidoPharm, Inc.* |

# REDACTED IN ITS ENTIRETY